

**FILED**

MAY 0 5 2017

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 15-33-M-JCL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSE LUIS GOMEZ-RAMIREZ, | |
| Defendant. | |

Upon motion by the United States, and good cause appearing;

IT IS HEREBY ORDERED that the Complaint presently pending in the above-captioned case is dismissed without prejudice and the corresponding arrest warrant is quashed.

Dated this _5th_ day of May, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge